COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

James J. GINSBURG et al., Appellees.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, Frankfort, Phillip K. Wicker, Harris & Wicker, Somerset, for appellant.

Charles B. Upton, Williamsburg, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH, DEPT. OF
HIGHWAYS, Appellant,

v.

Luther H. ROY et al., Appellees.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, Frankfort, Theodore H. Lavit, Lavit & Blandford, Lebanon, David G. Carroll, Somerset, for appellant.

Jack B. Miller, Jamestown, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

Donald NORMENT, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, Jim R. Early, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Raymond Larson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Calvin and Earl Miles BUCHANAN,
Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, Anna H. Isaacs, Asst. Public Defender, Frankfort, for appellants.

Ed W. Hancock, Atty. Gen., Kenneth Howe, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.